# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| STEPHEN HENNING and CHRISTINA HENNING, | : | No. 3:17cv1996 |
| --- | --- | --- |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| TUCKER, ALBIN & ASSOCIATES, INC. and JAMES WHITE, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 25th day of September 2018, it is hereby ordered as follows:

1) Defendant Tucker, Albin & Associates, Inc.'s motion for summary judgment (Doc. 16) is **GRANTED** in favor of the defendant;

2) Defendant James White is hereby **DISMISSED** from this action for failure to prosecute; and

3) The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Judge**